1  LARIVIERE, GRUBMAN & PAYNE, LLP
   Robert W. Payne, Esq. (CA Bar No. 073901)
2  P.O. Box 3140
   Monterey, CA  93942-3140
3  Telephone:     (831) 649-8800
   Facsimile:     (831) 649-8835
4  E-mail: rpayne@lgpatlaw.com

Attorneys for Plaintiff
ONE PASS WATER BLADE, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ONE PASS WATER BLADE, LLC, | ) Case No. 06-1248MEJ |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATED REQUEST FOR ORDER |
| HARBOR FREIGHT TOOLS USA, INC., a California corporation; and DOES 1 through 50, inclusive, | ) CHANGING TIME |
| Defendants. | ) |

Pursuant to Local Rule 6-2, Plaintiff, with consent of Defendants, request a change of date for the Case Management Conference to July 20, 2006 from June 22, 2006 at 10:00 a.m.  Both parties are currently engaged in settlement discussions and this extension will allow for meaningful negotiations to finalize settlement.

Dated: June 15, 2006                     LARIVIERE, GRUBMAN & PAYNE, LLP


                                         By /s/ Robert W. Payne
                                            Robert W. Payne
                                            Attorneys for Plaintiff

STIPULATED REQUEST FOR ORDER
CHANGING TIME
ONE PASS WATER BLADE, LLC v.
HARBOR FREIGHT TOOLS USA, INC.          -1-

1  PURSUANT TO STIPULATION, IT IS SO ORDERED,

2

3  Date: June 15, 2006                                By _____
                                                        Hon. Maria Elena James
4                                                       United States District Judge



27  STIPULATED REQUEST FOR ORDER
    CHANGING TIME
    ONE PASS WATER BLADE, LLC v.
28  HARBOR FREIGHT TOOLS USA, INC.          -2-

## CERTIFICATE OF SERVICE

I, Marie Crépeau, Assistant to Robert W. Payne, attorneys for Plaintiff, hereby certify that a copy of the foregoing STIPULATED REQUEST FOR ORDER CHANGING TIME was served on Defendant's attorney, Mark J. Rosenburg, Esq., Sills, Cummis, Epstein & Gross, P.C., 30 Rockefeller Plaza, New York, New York, 10112, postage prepaid by first-class mail on June 15, 2006.

_____
Marie Crépeau