1  LARIVIERE, GRUBMAN & PAYNE, LLP
   Robert W. Payne, Esq. (CA Bar No. 073901)
2  P.O. Box 3140
   Monterey, CA 93942-3140
3  Telephone:    (831) 649-8800
   Facsimile:    (831) 649-8835
4  E-mail: rpayne@lgpatlaw.com

5  Attorneys for Plaintiff
   ONE PASS WATER BLADE, LLC
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

   ONE PASS WATER BLADE, LLC,          ) Case No. 06-1248MEJ
10                                      )
              Plaintiff,                )
11                                      )
       vs.                              ) STIPULATED REQUEST TO REMOVE
12                                      ) CASE MANAGEMENT CONFERENCE
   HARBOR FREIGHT TOOLS USA, INC.,     ) OFF CALENDAR
13 a California corporation; and DOES 1 )
   through 50, inclusive,               )
14                                      )
              Defendants.               )
15 _____  )

16

17     Pursuant to Local Rule 6-2, Plaintiff, with consent of Defendants, request that the Case

18 Management Conference, currently scheduled for July 20 [22 struck through], 2006 at 10:00 a.m., be removed

19 from the Court's calendar. Both parties have reached a settlement in the above matter and are

20 currently finalizing such settlement. This removal will allow the parties to complete this

21 settlement without any further involvement by the Court.

22 Dated: July 17, 2006                          LARIVIERE, GRUBMAN & PAYNE, LLP

23

24                                               By /s/ Robert W. Payne
                                                    Robert W. Payne
25                                                  Attorneys for Plaintiff

26
   STIPULATED REQUEST FOR ORDER
27 CHANGING TIME
   ONE PASS WATER BLADE, LLC v.
28 HARBOR FREIGHT TOOLS USA, INC.         -1-

1 PURSUANT TO STIPULATION, IT IS SO ORDERED,

3 Date: July 18, 2006        By 
    Hon. Maria Elena James
    United States District Judge

27 STIPULATED REQUEST FOR ORDER
   CHANGING TIME
   ONE PASS WATER BLADE, LLC v.
28 HARBOR FREIGHT TOOLS USA, INC.          -2-

## CERTIFICATE OF SERVICE

I, Marie Crépeau, Assistant to Robert W. Payne, attorneys for Plaintiff, hereby certify that a copy of the foregoing STIPULATED REQUEST TO REMOVE CASE MANAGEMENT CONFERENCE OFF CALENDAR was served on Defendant's attorney, Michael A. Painter, ISAACMAN, KAUFMAN & PAINTER, P.C., 8484 Wilshire Boulevard, Suite 850, Beverly Hills, CA, 90211, postage prepaid by first-class mail on July 18, 2006.

*/s/ Marie Crépeau*
Marie Crépeau

STIPULATED REQUEST FOR ORDER
CHANGING TIME
ONE PASS WATER BLADE, LLC v.
HARBOR FREIGHT TOOLS USA, INC.                -3-