1  LARIVIERE, GRUBMAN & PAYNE, LLP
   Robert W. Payne, Esq. (CA Bar No. 073901)
2  P.O. Box 3140
   Monterey, CA 93942-3140
3  Telephone:  (831) 649-8800
   Facsimile:   (831) 649-8835
4  E-mail: rpayne@lgpatlaw.com

5  Attorneys for Plaintiff
   ONE PASS WATER BLADE, LLC
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 ONE PASS WATER BLADE, LLC,          )  Case No.  06-1248 MEJ
                                       )
12              Plaintiff,             )
                                       )
13       vs.                           )  **STIPULATION AND ORDER**
                                       )  **REGARDING DISMISSAL OF**
14 HARBOR FREIGHT TOOLS USA, INC.,     )  **COMPLAINT**
   a California corporation; and DOES 1)
15 through 50, inclusive,              )
                                       )
16              Defendants.            )

17

18      Plaintiff, with consent of Defendant, for good cause agree to stipulate as follows:  The

19 parties hereby stipulate that the entire action shall be dismissed with prejudice, all costs of suit

20 waived by each side.

21 Dated: August 7, 2006              LARIVIERE, GRUBMAN & PAYNE, LLP

22

23                                    By /s/ Robert W. Payne
                                         Robert W. Payne
24                                       Attorneys for Plaintiff

25

26

27 STIPULATED DISMISSAL
   ONE PASS WATER BLADE, LLC v.
28 HARBOR FREIGHT TOOLS USA, INC.        -1-

**ORDER**

Pursuant to stipulation, and good cause appearing therefor,

IT IS SO ORDERED.        The Clerk of Court shall close the file.

Date: August 10, 2006

By_____
Hon. Maria Elena James
United States District Judge

*IT IS SO ORDERED*
*Judge Maria-Elena James*
(Seal: United States District Court, Northern District of California)

# CERTIFICATE OF SERVICE

I, Marie Crépeau, Assistant to Robert W. Payne, attorneys for Plaintiff, hereby certify that a copy of the foregoing **STIPULATION AND ORDER REGARDING DISMISSAL OF COMPLAINT** was served on Defendant's attorney, Mark J. Rosenburg, Esq., Sills, Cummis, Epstein & Gross, P.C., 30 Rockefeller Plaza, New York, New York, 10112, postage prepaid by first-class mail on August 7, 2006

*Marie Crépeau*

Marie Crépeau

STIPULATED DISMISSAL
ONE PASS WATER BLADE, LLC v.
HARBOR FREIGHT TOOLS USA, INC.           -3-